# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 6, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157289(50)(51)

MICHIGAN HEAD & SPINE
INSTITUTE, P.C.,
   Plaintiff-Appellant,

and

BEAUMONT HEALTH and
KUANDA BEY,
   Intervening Plaintiffs,

v

GEICO INDEMNITY COMPANY and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
   Defendants-Appellees.

SC: 157289
COA: 340273
Wayne CC: 16-012678-NF

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's May 29, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2018
         

s0703
           Clerk